**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 01-6326**

————————

HOWARD FOGG, SR.,

                              Plaintiff - Appellant,

        versus

MS. GOODWIN, Head Nurse; MS. SAMPSON, LPN;
DOCTOR O'FOGG,

                              Defendants - Appellees.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-01-59-2)

————————

Submitted:  June 15, 2001          Decided:  August 14, 2001

————————

Before LUTTIG, MICHAEL, and GREGORY, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Howard Fogg, Sr., Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Howard Fogg, Sr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Fogg v. Goodwin, No. CA-01-59-2 (E.D. Va. Feb. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2